UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN FLYNN,

       Plaintiff,                      Case No: 2:17-cv-10023-GCS-DRG
                                                Hon. George Caram Steeh

vs.

TILCHIN & HALL, P.C.,
a Michigan corporation,

       Defendant.

_____

## **STIPULATED ORDER DISMISSING CASE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the within action with prejudice and without costs or attorney's fees to either party.

SO ORDERED.

Dated: October 13, 2017                    s/George Caram Steeh
                                                                   GEORGE CARAM STEEH
                                                                   United States District Judge

| | |
|---|---|
| /s/ *Travis Shackleford* (w/ permission) | /s/    *Joshua I. Arnkoff* |
| Travis Shackleford (P68710) | Joshua I. Arnkoff (P63139) |
| Attorney for Plaintiff | Attorneys for Defendant |
| travis@crlam.com | Joshua.Arnkoff@ceflawyers.com |